**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | No. CR-19-00231-TUC-JGZ |
| v. | **ORDER** |
| Luis Fernando Galaviz-Valenzuela, | |
| Defendant. | |

Pending before the Court is Defendant Luis Fernando Galaviz-Valenzuela's motion for compassionate release. (Doc. 51.) The request has been fully briefed. (Docs. 58, 61 & 62.) Mr. Galaviz-Valenzuela has exhausted his administrative remedies. Having considered the parties' filings and the record, the Court will deny the motion.

Pursuant to the First Step Act, 18 U.S.C. § 3582(c)(1)(A)(i), a sentencing court may reduce a term of imprisonment "after considering the factors set forth in section 3553(a) to the extent they are applicable," if the court finds (1) "extraordinary and compelling reasons warrant such a reduction," and (2) "the defendant is not a danger to the safety of any other person or to the community." U.S.S.G. § 1B1.13. Additionally, the Court's reduction of a sentence must be "consistent with applicable policy statements issued by the Sentencing Commission." 18 U.S.C. § 3582(c)(1)(A).

The Court, in the exercise of its discretion, concludes that a reduction in Mr. Galaviz-Valenzuela's sentence is not warranted in light of the 18 U.S.C. § 3553(a) factors, and further that Mr. Galaviz-Valenzuela poses a potential danger to the community. Mr.

| | |
|---|---|
| 1 | Galaviz-Valenzuela brought 27 kilograms of methamphetamine into the United States on |
| 2 | December 28, 2018. He admitted that he may have crossed something illegal the week |
| 3 | prior. His phone contained contact information for individuals involved with drug and |
| 4 | alien smuggling. Mr. Galaviz-Valenzuela, who was college-educated and gainfully |
| 5 | employed as a teacher, committed the offense for a significant sum of money. On this |
| 6 | record, the Court concludes that the § 3553(a) factors, and specifically the need for |
| 7 | punishment, deterrence, and public safety, do not support the request for relief. *See United* |
| 8 | *States v. Trujillo*, 713 F.3d 1003, 1008 (9th Cir. 2013). |
| 9 | Accordingly, |
| 10 | **IT IS ORDERED** that Defendant's Motion to Reduce Sentence (Compassionate |
| 11 | Release) (Doc. 51) is **DENIED**. |
| 12 | Dated this 28th day of June, 2021. |

_____
Honorable Jennifer G. Zipps
United States District Judge